

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV 8663**

|  |  |
|---|---|
| GO SMILE, INC., a Delaware corporation,   Plaintiff, | **ECF CASE** |
| -v- | Case No. |
| Dr. Jonathan B. Levine, D.M.D., P.C., a New York Corporation, and Dr. Jonathan B. Levine, an individual,   Defendant. | **Rule 7.1 Statement** |
|  | **Docket No. 10 Civ. 8663 (PKC)** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GoSMILE, Inc., d/b/a GO SMiLE          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** November 16, 2010

Signature of Attorney

Attorney Bar Code: JL-0792

Form Rule7_1.pdf   SDNY Web 10/2007