UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GoSMILE, INC., a Delaware corporation,

                Plaintiff,

       -against-

DR. JONATHAN B. LEVINE, D.M.D. P.C., a New York
Corporation, and DR. JONATHAN B. LEVINE, an
Individual,

                      Defendants.
-------------------------------------------------------------------X

Case No.  10 Civ. 8663 (PKC)(DCF)


NOTICE OF APPEARANCE


To the Clerk of this Court and All Parties of Record:

        PLEASE TAKE NOTICE that the undersigned counsel hereby appears in this action for

Defendants DR. JONATHAN B. LEVINE, D.M.D.P.C., a New York Corporation and DR. JONATHAN B.

LEVINE, individually.

        I certify that I am admitted to practice in this Court.


Dated:  New York, New York
        December 15, 2010


                         RESSLER & RESSLER

                         By: *Ellen R. Werther*
                           Ellen R. Werther (EW 8545)

                         *Attorneys for Defendants Dr.*
                         *Jonathan B. Levine, D.M.D.P.C., a*
                         *New York Corporation, and Dr.*
                         *Jonathan B. Levine, individually*
                         48 Wall Street
                         New York, NY 10005
                         (212) 695-6446