**MEMO ENDORSED**

# OLSHAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-15-10

GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222
WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2207
EMAIL: KBISCEGLIE@OLSHANLAW.COM

December 13, 2010

BY FACSIMILE (212) 805-7949

Hon. P. Kevin Castel
United States District Court Judge
500 Pearl Street
New York, NY 10007-1312

Re: GoSMILE, Inc. v. Dr. Jonathan B. Levine, D.M.D., P.C. and Dr. Jonathan B. Levine, 10-CIV-8663 (PKC) (DCF)

[Handwritten endorsement: Case management conference adjourned from December 15th to Dec. 16 at 3:00pm. SO ORDERED. [signature] USDJ 12-14-10]

Dear Judge Castel:

Over the last weekend, this firm was asked to represent defendants Dr. Jonathan B. Levine, D.M.D. P.C. and Dr. Jonathan B. Levine, together with Davidoff, Malito & Hutcher LLP, in this matter. We filed our notice of appearance in this action earlier today.

I write to request an adjournment of the Case Management Conference scheduled for December 15, 2010, at 11:00 a.m. I have a pre-existing professional commitment at the time of the Case Management Conference, and respectfully request that the Case Management Conference be rescheduled to December 16, 2010 at 3:00 p.m., which is a time the Court's Deputy Clerk advises may be available to us.

I understand that there have been no previous requests for adjournments of this Case Management Conference. My co-counsel has conferred with plaintiff's counsel, and confirms they have agreed to the adjournment. I greatly appreciate the Court's consideration of this request and attention to this matter.

Respectfully submitted,

Kyle C. Bisceglie

1151780-1

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

December 13, 2010
Page 2

cc: Joshua S. Androphy, Esq.
Howard J. Smith, Esq.
Annaliese Flynn Fleming, Esq.
David Warren Denenberg, Esq.
Jonathan Daniel Lupkin, Esq.
Joshua S. Krakowsky, Esq.
Kimberly Ailisa Pallen, Esq.
Mark Carl Zauderer, Esq.
Michael A. Adler, Esq.
Wendi Elizabeth Sloane, Esq.
*Via Email*

DEC-13-2010 15:48 Case 1:10-cv-08663-PKC Document 24 Filed 12/15/10 Page 2 of 2 P.03

1151780-1

TOTAL P.03