Mark C. Zauderer
Jonathan D. Lupkin
Kimberly Pallen
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 412-9500
(212) 964-9200 (facsimile)
mzauderer@fzwz.com
jlupkin@fzwz.com
kpallen@fzwz.com

Attorneys for Plaintiff GoSmile, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

----------------------------------------------------------------------- x

GOSMILE, INC., a Delaware
corporation,

No. 10 CV 8663 (PKC)

Plaintiff,

- against -

**MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

DR. JONATHAN B. LEVINE, D.M.D. P.C.,
a New York Corporation; and DR. JONATHAN B.
LEVINE, an individual,

Defendants.

----------------------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Jonathan D. Lupkin, Esq., a member in good

standing of the bar of this Court and an attorney with the firm Flemming Zulack Williamson

Zauderer LLP, hereby move for an Order allowing the admission *pro hac vice* of:

Heather J. Macklin, Esq.
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100
(312) 984-3150 (facsimile)
Heather.macklin@bfkn.com

Heather J. Macklin is a member in good standing of the Bar of the State of Illinois and is also admitted to practice before the Northern District of Illinois and the 7th Circuit.

There are no pending disciplinary proceedings against Heather J. Macklin in any State or Federal court.

Dated: New York, New York
      December 13, 2010

Respectfully submitted,

Jonathan D. Lupkin, Esq.
(JL-0792)

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
Telephone: (212) 412-9500
Facsimile: (212) 964-9200
Email: jlupkin@fzwz.com

366371

2

Mark C. Zauderer
Jonathan D. Lupkin
Kimberly Pallen
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 412-9500
(212) 964-9200 (facsimile)
mzauderer@fzwz.com
jlupkin@fzwz.com
kpallen@fzwz.com

Attorneys for Plaintiff GoSmile, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                     **ECF CASE**
------------------------------------------------------------------- x
GOSMILE, INC., a Delaware                         :
corporation,                                      : **No. 10 CV 8663 (PKC)**
                                                  :
                                  Plaintiff,      :
                                                  :
          - against -                             : **AFFIDAVIT OF JONATHAN**
                                                  : **D. LUPKIN IN SUPPORT OF**
DR. JONATHAN B. LEVINE, D.M.D. P.C.,              : **MOTION TO ADMIT**
a New York Corporation; and DR. JONATHAN B.       : **COUNSEL *PRO HAC VICE***
LEVINE, an individual,                            :
                                                  :
                                  Defendants.     :
                                                  :
------------------------------------------------------------------- x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

     Jonathan D. Lupkin, being duly sworn, hereby deposes and says as follows:

     1.    I am a member of Flemming Zulack Williamson Zauderer LLP, counsel

for Plaintiff in the above-captioned action.  I am familiar with the proceedings in this

case.  I make this statement based on my personal knowledge of the facts set forth herein

and in support of Plaintiff's motion to admit Heather J. Macklin as counsel *pro hac vice*

to represent Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993.  I am also admitted to the bar, and am a member in good standing, of the United States District Court for the Southern District of New York.

3.      I have known Ms. Macklin, a Partner at Barack Ferrazzano Kirschbaum & Nagelberg LLP, in Chicago, Illinois, for almost two years.  She is a member in good standing of the Bar of the State of Illinois.  A Certificate of Good Standing is attached hereto as Exhibit A.

4.      Ms. Macklin is a skilled attorney and a person of integrity.  She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5.      Accordingly, I am pleased to move the admission of Heather J. Macklin, *pro hac vice*.

6.      I respectfully submit a proposed order, which is attached hereto as Exhibit B, granting the admission of Heather J. Macklin, *pro hac vice*.

WHEREFORE it is respectfully requested that the motion to admit Heather J. Macklin, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

JONATHAN D. LUPKIN
(JL-0792)

Sworn to before me this
13th day of December, 2010

_____
Notary Public

CRAIG KESCH
Notary Public, State of New York
No. 02KE6199435
Qualified in New York County
Commission Expires January 12, 20*13*

366370

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Heather Joy Macklin

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, November 30, 2010.

*Juleann Hornyak*

Clerk

Mark C. Zauderer
Jonathan D. Lupkin
Kimberly Pallen
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 412-9500
(212) 964-9200 (facsimile)
mzauderer@fzwz.com
jlupkin@fzwz.com
kpallen@fzwz.com

Attorneys for Plaintiff GoSmile, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x
GOSMILE, INC., a Delaware
corporation,

                                    Plaintiff,

      - against -

DR. JONATHAN B. LEVINE, D.M.D. P.C.,
a New York Corporation; and DR. JONATHAN B.
LEVINE, an individual,

                                 Defendants.

--------------------------------------------------------------------- x

**ECF CASE**

No. 10 CV 8663 (PKC)

**<u>ORDER FOR ADMISSION</u>**
**<u>*PRO HAC VICE* ON</u>**
**<u>WRITTEN MOTION</u>**

        Upon the motion of Jonathan D. Lupkin, Esq., attorney for Plaintiff GoSmile, Inc. and

said sponsor attorney's affidavit in support;

        **IT IS HEREBY ORDERED** that

                  Heather J. Macklin, Esq.
                  BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
                  200 W. Madison Street, Suite 3900
                  Chicago, Illinois 60606
                  Telephone:  (312) 984-3100
                  Facsimile:  (312) 984-3150
                  Email:  heather.macklin@bfkn.com

is admitted to practice *pro hac vice* as counsel for Plaintiff GoSmile, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
　　　　December __, 2010



　　　　　　　　　　　　　　　　　　　　P. KEVIN CASTEL
　　　　　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

I certify that I am over 18 years of age and not a party to this litigation.  I further certify that on December 14, 2010, I caused a true copy of the **AFFIDAVIT OF JONATHAN D. LUPKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, MOTION TO ADMIT COUNSEL PRO HAC VICE AND ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** for Heather Macklin, Esq. upon the following individuals via overnight mail:

Joshua Krakowsky, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue
New York, NY  10158
jsk@dmlegal.com

Kyle C. Bisceglie, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY  10022
Kbisceglie@olshanlaw.com
Attorneys for Defendants

Dated: December 14, 2010

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP

By:_____
Kimberly A. Pallen (KP-8112)
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: kpallen@fzwz.com

Attorneys for Plaintiff GO SMILE, Inc.