USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-10

Mark C. Zauderer
Jonathan D. Lupkin
Kimberly Pallen
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 412-9500
(212) 964-9200 (facsimile)
mzauderer@fzwz.com
jlupkin@fzwz.com
kpallen@fzwz.com

Attorneys for Plaintiff GoSmile, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
GOSMILE, INC., a Delaware corporation,

                    Plaintiff,

    - against -

DR. JONATHAN B. LEVINE, D.M.D. P.C.,
a New York Corporation; and DR. JONATHAN B.
LEVINE, an individual,

                    Defendants.
------------------------------------------------------------------ x

ECF CASE

No. 10 CV 8663 (PKC)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Jonathan D. Lupkin, Esq., attorney for Plaintiff GoSmile, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Heather J. Macklin, Esq.
    BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
    200 W. Madison Street, Suite 3900
    Chicago, Illinois 60606
    Telephone: (312) 984-3100
    Facsimile: (312) 984-3150
    Email: heather.macklin@bfkn.com

is admitted to practice *pro hac vice* as counsel for Plaintiff GoSmile, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       December 16, 2010

_____
P. KEVIN CASTEL
United States District Judge