Mark C. Zauderer, Esq. (mzauderer@fzwz.com)
Jonathan D. Lupkin, Esq. (jlupkin@fzwz.com)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

GOSMILE, INC., a Delaware corporation,

                Plaintiff,

- against -

DR. JONATHAN B. LEVINE, D.M.D. P.C.,
a New York Corporation; and DR. JONATHAN B. LEVINE, an individual,

                Defendants.

------------------------------------------------------------------ x

ECF CASE

No. 10 CV 8663 (PKC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for plaintiff GOSMILE, INC. in the above-captioned matter and demands that a copy of all papers in this action be served on the undersigned at the address stated.

Dated:   New York, New York
           December 21, 2010

                              FLEMMING ZULACK WILLIAMSON
                                ZAUDERER LLP

                              By:_____/s/_____
                                 Anne B. Nicholson (AN-0314)

                              One Liberty Plaza
                              New York, New York 10006
                              Tel: (212) 412-9500
                              Fax: (212) 964-9200
                              Email: anicholson@fzwz.com

                              Attorneys for Plaintiff