UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOSMILE, INC., a Delaware Corporation,<br><br>                                    Plaintiff,<br><br>          -against-<br><br>DR. JONATHAN B. LEVINE, D.M.D. P.C., a New York corporation, and DR. JONATHAN B. LEVINE, an individual,<br><br>                                    Defendants. | Index No. 10 CV 8663 (PKC)(DCF)<br><br>DECLARATION OF<br>KYLE C. BISCEGLIE |

KYLE C. BISCEGLIE, declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746 that:

1.      I am a member of Olshan Grundman Frome Rosenzweig & Wolosky, LLP, attorneys for defendants Dr. Jonathan B. Levine, D.M.D. P.C. and Dr. Jonathan B. Levine ("Dr. Levine") ("Defendants").  I submit this declaration in opposition to Plaintiff GoSMILE, Inc.'s ("GoSMILE") motion for a preliminary injunction.

2.      Annexed as Exhibit A is a copy of Dr. Levine's privilege log in the State Court Action.  The February 24, 2008 email that appears as an exhibit to the Sloane Dec. (Docket No. 29-8, Ex. 17) appears on page 94 of the attached privilege log as document number 2373.

3.      Annexed as Exhibit B is a copy of GoSMILE's December 23, 2010 press release regarding this action.

Dated: January 4, 2011

                                                              s/ Kyle C. Bisceglie
                                                              KYLE C. BISCEGLIE

1164520-1