UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOSMILE, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>-against-<br><br>DR. JONATHAN B. LEVINE, D.M.D. P.C., a New York corporation, and DR. JONATHAN B. LEVINE, an individual,<br><br>  Defendants. | Index No. 10 CV 8663 (PKC)(DCF)<br><br>DECLARATION OF<br>HAL PORET |

HAL PORET, declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746 that:

1. I am a Senior Vice President at InfoGroup/ORC. I submit this declaration in opposition to Plaintiff GoSMILE, Inc.'s ("Plaintiff" or "GoSMILE") motion for a preliminary injunction.

2. Annexed as Exhibit A is a true copy of my expert report prepared for this action.

Dated: January 4, 2011

*/s/ Hal Poret*
HAL PORET

1167144-1