Mark C. Zauderer
Jonathan D. Lupkin
Kimberly Pallen
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 412-9500
(212) 964-9200 (facsimile)
mzauderer@fzwz.com
jlupkin@fzwz.com
kpallen@fzwz.com

Attorneys for Plaintiff GoSmile, Inc.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3·11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

GOSMILE, INC., a Delaware
corporation,

                               Plaintiff,

         - against -

DR. JONATHAN B. LEVINE, D.M.D. P.C.,
a New York Corporation; and DR. JONATHAN B.
LEVINE, an individual,

                          Defendants.

------------------------------------------------------------------------ x

**ECF CASE**

No. 10 CV 8663 (PKC)

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON**
**WRITTEN MOTION**

Upon the motion of Jonathan D. Lupkin, Esq., attorney for Plaintiff GoSmile, Inc. and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Matthew F. Singer, Esq.
      BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
      200 W. Madison Street, Suite 3900
      Chicago, Illinois 60606
      Telephone:  (312) 984-3100
      Facsimile:  (312) 984-3150
      Email:  matthew.singer@bfkn.com

is admitted to practice *pro hac vice* as counsel for Plaintiff GoSmile, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
        January /3 2011

_____
P. KEVIN CASTEL
United States District Judge