UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOSMILE, INC., a Delaware Corporation,<br><br>                        Plaintiff,<br><br>        -against-<br><br>DR. JONATHAN B. LEVINE, D.M.D. P.C., a<br>New York corporation, and DR. JONATHAN B.<br>LEVINE, an individual,<br><br>                      Defendants. | Index No. 10 CV 8663 (PKC)(DCF)<br><br><u>NOTICE OF MOTION</u> |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated January 17, 2011, the accompanying declaration of Kyle C. Bisceglie, Esq., dated January 17, 2011, the accompanying declaration of Joshua S. Krakowsky, dated January 17, 2010, and upon all pleadings and proceedings had herein, Defendants Dr. Jonathan B. Levine D.M.D. P.C. and Dr. Jonathan B. Levine (collectively "Defendants") will move this Court before the Honorable Kevin P. Castel, United States District Judge at the United States Courthouse, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court for an Order:

      a)      Pursuant to Fed. R. Civ. P. 26(c) requiring filing of Exhibits 12, 14, and 15 to the reply declaration of Wendi Sloane under seal; and

      b)      Granting such other and further and other relief as the Court deems just and proper.

Dated: New York, New York
       January 17, 2011

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By:   /s Kyle C. Bisceglie
      Kyle C. Bisceglie
      Howard J. Smith
      Joshua S. Androphy
      *Attorneys for Defendants*
      Park Avenue Tower
      65 East 55th Street
      New York, New York 10022
      (212) 451-2300

      and

DAVIDOFF MALITO & HUTCHER LLP
David Warren Denenberg
Joshua S. Krakowsky
Michael A. Adler
*Attorneys for Defendant*
605 Third Avenue
34th Floor
New York, NY 10158
(646) 428-3256

2

1179386-1