UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOSMILE, INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>-against-<br><br>DR. JONATHAN B. LEVINE, D.M.D. P.C., a New York corporation, and DR. JONATHAN B. LEVINE, an individual,<br><br>                              Defendants. | Index No. 10 CV 8663 (PKC)(DCF)<br><br>NOTICE OF MOTION |

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated January 17, 2011, the accompanying declaration of Kyle C. Bisceglie, Esq., dated January 17, 2011, the accompanying declaration of Joshua S. Krakowsky, dated January 17, 2010, and upon all pleadings and proceedings had herein, Defendants Dr. Jonathan B. Levine D.M.D. P.C. and Dr. Jonathan B. Levine (collectively "Defendants") will move this Court before the Honorable Kevin P. Castel, United States District Judge at the United States Courthouse, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court for an Order:

      a)      Striking plaintiff GoSMILE, Inc.'s ('GoSMILE") reply papers in further support of their motion for a preliminary injunction (Doc. Nos. 42-45);

      b)      Precluding GoSMILE from using any stolen documents in this action; and

      c)      Granting such other and further and other relief as the Court deems just and proper.

1179517-1

Dated: New York, New York
January 17, 2011

                OLSHAN GRUNDMAN FROME
                ROSENZWEIG & WOLOSKY LLP

By: /s Kyle C. Bisceglie
    Kyle C. Bisceglie
    Howard J. Smith
    Joshua S. Androphy
    *Attorneys for Defendants*
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300

and

DAVIDOFF MALITO & HUTCHER LLP
David Warren Denenberg
Joshua S. Krakowsky
Michael A. Adler
*Attorneys for Defendant*
605 Third Avenue
34th Floor
New York, NY 10158
(646) 428-3256

2

1179517-1