UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOSMILE, INC., a Delaware corporation,

                          Plaintiff,

   -against-

DR. JONATHAN B. LEVINE, D.M.D. P.C., a New York Corporation and DR. JONATHAN B. LEVINE, an Individual.

                          Defendant.
-----------------------------------------------------------X

CASE NO.: 10 CIV. 8663 (PKC)(DCF)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and All Parties of Record:

    PLEASE TAKE NOTICE, that the undersigned counsel hereby appears in this action for Defendants DR. JONATHAN B. LEVINE, D.M.D.P.C., a New York Corporation and DR. JONATHAN B. LEVINE, individually.

    I certify that I am admitted to practice in this Court.

DATED: NEW YORK, NEW YORK
           JANUARY 24, 2011

RESSLER & RESSLER
*Attorneys for Defendant Jonathan B. Levine, D.M.D. P.C. and Jonathan B. Levine, Individually.*

By: _____
    BRUCE J. RESSLER
48 Wall Street
New York, NY 10005
(212) 695-6446