UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GO SMiLE, INC., a Delaware corporation,

                        Plaintiff,

-against-

DR. JONATHAN B. LEVINE, D.M.D. P.C., a
New York Corporation; and DR. JONATHAN B.
LEVINE, an individual,

                        Defendants.

No. 10 CIV 8663 (PKC) (ECF)

## AGREED STIPULATIONS

Plaintiff GO SMiLE, Inc. ("GO SMiLE") and Defendants Dr. Jonathan B. Levine, D.M.D. P.C. (the "Dental Practice") and Dr. Jonathan B. Levine (Dr. Levine") hereby agree to the following stipulations in this matter:

**I.    General Stipulations.**

1.    For purposes of this hearing, no party will object on grounds of authenticity or foundation to any of the documents listed in each party's exhibit lists.

2.    GO SMiLE was founded by Dr. Levine and his wife Stacey Levine.

3.    Dr. Levine was an officer, compensated employee and director of GO SMiLE. Dr. Levine's employment was terminated on or about July 10, 2007 and he tendered his final resignation from the board on or about April 23, 2008.

4.    Dr. Levine was a member of the Board of Directors of GO SMiLE from the formation of the company until about August 14, 2007 and then resumed his position as a member of the Board of Directors on February 19, 2008, which he held until his resignation from the board on April 23, 2008.

Revised Stipulation - v 2 (4)

5. Dr. Levine controlled two Board of Director seats until April 23, 2008.

6. On April 21, 2008, Dr. Levine and his wife sold his stock in GO SMiLE to GoSMILE pursuant to a Settlement Agreement dated as of that date, and ended their affiliation with GO SMiLE except as set forth in the Settlement Agreement.

**II.   Stipulations Concerning Federal Trademark Registrations and Applications.**

7. According to the database uspto.gov records, GO SMiLE appears as the owner of the following federal trademark registrations and pending applications:

| Trademark | Reg. No. Reg. Date Filing Date | Goods/Class | Registration Status |
|---|---|---|---|
| GO SMILE | 2,566,285 30-Apr-2002 15-Mar-2001 | Tooth whitening system comprised of peroxide gels (International Class 3) | Incontestable |
| GO SMILE | 3,850,454 21-Sep-2010 08-Nov-2007 | Dental floss (International Class 21) | Registered |
| GO SMILE (Stylized) | 3,612,420 28-Apr-2009 16-Dec-2008 | Breath freshener, lip balm, mouthwash, tooth whitening preparations, toothpaste (International Class 3), toothbrushes (International Class 21) | Registered |
| GO (& Design- Full Smiley Face Logo) | 3,612,218 28-Apr-2009 22-Sep-2008 | Breath freshener; lip balm; mouthwash; tooth whitening preparations, toothpaste (International Class 3) | Registered |
| GO WHITEN | 3,597,149 31-Mar-2009 31-Jul-2007 | Tooth whiteners, namely, tooth whitening gels and liquids (International Class 3) | Registered |

2

| Trademark | Reg. No. Reg. Date Filing Date | Goods/Class | Registration Status |
|---|---|---|---|
| GO TRAVEL | 3,673,598 25-Aug-2009 31-Jul-2007 | Tooth whitening preparations, namely, tooth whitening gels, liquids and creams, tooth whitening preparations for maintenance of tooth whitening, namely, tooth whitening gels, liquids and creams, toothpaste, non-medicated breath freshening sprays, lip balm, non-medicated mouthwashes (International Class 3) | Registered |
| GOHEALTHY | 3,342,219 20-Nov-2007 22-Aug-2006 | Oral care products, namely, tooth whitening gels, liquids and creams; tooth whitening maintenance products, namely, tooth whitening gels, liquids and creams, lip-gloss, lipstick, lip balm, toothpastes, breath fresheners, namely, non-medicated diluted breath sprays used as mouthwash, and non-medicated concentrated breath sprays, non-medicated mouthwashes, non-medicated oral breath freshening sprays and breath freshening confectionery, namely, dissolvable breath mints and chewing gum (International Class 3) | Registered |
| GOSMILE | 3,389,326 26-Feb-2008 29-May-2003 | Products for care and treatment of the teeth, lips and breath, namely, breath spray, mouthwash, toothpaste, lip balm, and tooth whiteners comprised of peroxide gels (International Class 3); toothbrushes and dental floss (International Class 21) | Registered |
| GOSMILE | 3,461,582 08-Jul-2008 08-Nov-2007 | Online retail store services featuring oral care products (International Class 35) | Registered |
| GOSMILE AM | 3,218,390 13-Mar-2007 29-May-2003 | Toothpaste marketed and sold in high end retail department stores, spas, salons, resorts, doctors' and dentists' offices, and high end hotels (International Class 3) | Registered |

| Trademark | Reg. No. Reg. Date Filing Date | Goods/Class | Registration Status |
|---|---|---|---|
| GOSMILE AM/PM | 3,230,142 17-Apr-2007 29-May-2003 | Toothpaste marketed and sold in high end retail department stores as well as in spas, salons, resorts, doctors' offices, dentists' offices, and high end hotels (International Class 3) | Registered |
| GOSMILE PM | 3,414,828 22-Apr-2008 29-May-2003 | Toothpaste marketed and sold in high end retail department stores as well as in spas, salons, resorts, doctors' offices, dentists' offices, and high end hotels (International Class 3) | Registered |
| TOOTH WHITENING ON THE GO | 3,016,610 22-Nov-2005 18-Mar-2002 | Tooth whitening system comprised of peroxide gels (International Class 3) | Registered |
| ON THE GO | 3,325,107 30-Oct-2007 30-Apr-2003 | Tooth whitening system comprised of peroxide gels (International Class 3) | Registered |
| GOMAINTAIN | 3,405,093 01-Apr-2008 31-Jul-2007 | Tooth whiteners for tooth maintenance, namely, tooth whitening gels, liquids and creams (International Class 3) | Registered |
| GOPROTECT | 3,405,092 01-Apr-2008 31-Jul-2007 | Toothpastes (International Class 3) | Registered |
| GO DISCOVER | 3,796,713 01-Jun-2010 23-Oct-2008 | Teeth whitening kit; tooth whitening preparations; toothpaste (International Class 3) | Registered |

| Trademark | Reg. No.<br>Reg. Date<br>Filing Date | Goods/Class | Registration Status |
|---|---|---|---|
| GO ALL OUT | 3,566,089<br>20-Jan-2009<br>11-Aug-2006 | Tooth whiteners for tooth whitening, namely, tooth whitening liquids, creams, and gels, and tooth whitening maintenance products, namely, tooth whitening liquids, creams and gels, toothpaste, non-medicated breath freshening sprays and mouthwash, lip care products, namely, lip gloss, lip balm, and lipstick; breath freshening confectionery, namely breath mints and chewing gum (International Class 3) | Registered |
| GO ON… SMILE! | 3,483,030<br>12-Aug-2008<br>09-Feb-2007 | Oral and maxillofacial consulting and surgery services (International Class 44) | Registered |
| GO DAILY | Appln. No. 77/736,055<br>Filing Date<br>13-May-2009 | Tooth whitening preparations; toothpaste (International Class 3); personal compact mirrors (International Class 20); toothbrushes (International Class 21) | Published |
| ON THE GO | Appln. No. 85/212216<br>Filing Date<br>06-Jan-2011 | Toothpastes (International Class 3); toothbrushes (International Class 21) | Pending |
| WHITENING ON THE GO | Appln. No. 77/875,872<br>Filing Date<br>18-Nov-2009 | Tooth whitening preparations (International Class 3) | Published |
| GO WHITER | Appln. No. 77/815,626<br>Filing Date<br>28-Aug-2009 | Tooth whitening preparations, toothpaste (International Class 3), dental apparatus, namely, intra-oral light systems (International Class 10) | Published |
| GO VENEER | Appln. No. 77/660,203<br>Filing Date<br>30-Jan-2009 | Paint-on tooth varnish for cosmetic purposes; tooth whitening preparations, namely, paint-on tooth varnish (International Class 3) | Published |

Plaintiff's Exhibit ("PX") 1 contains true and correct copies of the registrations or applications for the marks listed above.

8.  GO SMiLE filed the following federal trademark applications during the time that Dr. Jonathan B. Levine was an officer and/or director of GO SMiLE, the status of which is shown below:

| Trademark | Application No. Application Date | Registration Status |
|---|---|---|
| FOR WHITENING ON THE GO | 76/349,357 17-Dec-2001 | Abandoned 22-Apr-2009 |
| GO (Stylized) | 78/564,424 10-Feb-2005 | Abandoned 07-Aug-2008 |
| GO (Stylized) | 78/979,718 10-Feb-2005 | Abandoned 18-Feb-2008 |
| GO ALL OUT | 78/950,424 11-Aug-2006 | Abandoned 13-Jul-2009 |
| GO ALL OUT | 78/980,795 11-Aug-2006 | Registered 20-Jan-2009 |
| GO BRUSH | 76/474,537 29-Nov-2002 | Abandoned 21-Feb-2008 |
| GO SMILE | 78/053,342 15-Mar-2001 | Registered 30-Apr-2002 |
| GO TOUCH UP | 78/886,551 18-May-2006 | Abandoned 11-Jun-2007 |
| GO TRAVEL | 77/242,735 31-Jul-2007 | Registered 25-Aug-2009 |
| GO WHITE | 77/109,522 16-Feb-2007 | Abandoned 28-Dec-2009 |
| GO WHITEN | 77/242,766 31-Jul-2007 | Registered 31-Mar-2009 |

6

| Trademark | Application No. Application Date | Registration Status |
|---|---|---|
| GOBRIGHTER | 78/563,761 09-Feb-2005 | Abandoned 20-Dec-2007 |
| GODIVINE | 78/960,441 25-Aug-2006 | Abandoned 05-Mar-2008 |
| GOFLOSS | 78/752,890 14-Nov-2005 | Abandoned 04-Jun-2008 |
| GOHEALTHY | 78/957,194 22-Aug-2006 | Abandoned 18-Mar-2008 |
| GOHEALTHY | 78/979,177 22-Aug-2006 | Registered 20-Nov-2007 |
| GOKISS | 76/618,951 02-Nov-2004 | Abandoned 07-Dec-2007 |
| GOMAINTAIN | 77/242,800 31-Jul-2007 | Registered 01-Apr-2008 |
| GOPROTECT | 77/242,779 31-Jul-2007 | Registered 01-Apr-2008 |
| GOSMILE | 76/518,246 29-May-2003 | Registered 26-Feb-2008 |
| GOSMILE AM | 76/518,247 29-May-2003 | Registered 13-Mar-2007 |
| GOSMILE AM/PM | 76/518,245 29-May-2003 | Registered 17-Apr-2007 |
| GOSMILE PM | 76/518,244 29-May-2003 | Registered 22-Apr-2008 |
| GOSMILE R/X | 78/747,156 04-Nov-2005 | Abandoned 29-Dec-2008 |
| GOSMILE WHITE | 77/182,699 16-May-2007 | Abandoned 02-Mar-2009 |
| GOWHITE | 77/109,535 16-Feb-2007 | Abandoned 28-Dec-2009 |

| Trademark | Application No. Application Date | Registration Status |
|---|---|---|
| ON THE GO | 76/517,723 30-Apr-2003 | Registered 30-Oct-2007 |
| ON THE GO | 78/822,399 24-Feb-2006 | Abandoned 10-Jan-2011 |
| SMILE ON THE GO | 76/382,721 18-Mar-2002 | Abandoned 28-Dec-2010 |
| TOOTH WHITENING ON THE GO | 76/382,722 18-Mar-2002 | Registered 22-Nov-2005 |

9. According to the database uspto.gov records, The Dental Practice appears as the owner of the following federal trademark applications, which are now abandoned:

| Trademark | Appln. No. Filing Date | Goods | Status |
|---|---|---|---|

| Trademark | Appln. No. Filing Date | Goods | Status |
|---|---|---|---|
| SHINE ON!! | 77/261,226 21-Aug-2007 | Toothpaste, mouth washes, non-medicated dental mouth rinses and sprays; tooth whitening preparations, gels, creams and pastes (International Class 3); vitamin and mineral supplements; nutritional supplements, namely, anti-oxidants for mouth health; nutritional supplements, namely, anti-oxidants and vitamin supplements for overall health; medicated dental rinses and sprays (International Class 5); dental implants; orthodontic appliances; surgical apparatus and instruments for dental purposes; orthodontic machines and instruments; medical instruments for use in dental surgery and treatment of dental patients (International Class 10); dentistry and dental services, namely, delivery of dental care in the dental office; treating dental patients in all the specialties of dentistry including restorative dentistry, cosmetic dentistry, aesthetic dentistry, periodontics, orthodontic services, oral surgery, implantology, teeth whitening services, dental hygienic care (International Class 44) | Abandoned 20-Apr-2009 |
| LEVINE AESTHETICS | 77/260,135 21-Aug-2007 | Toothpaste, mouth washes, non-medicated mouth rinses and sprays; tooth whitening preparations, gels, creams and pastes; non-medicated dental rinse (International Class 3) | Abandoned 11-Jan-2010 |
| JBL RADICAL INNOVATIONS | 77/556,631 27-Aug-2008 | Teeth whitening kit; tooth whitening creams; tooth whitening gels; tooth whitening pastes; tooth whitening preparations (International Class 3); dentist services; teeth whitening services (International Class 44) | Abandoned 31-Jan-2011 |

A copy of the Patent and Trademark file wrapper for the Dental Practice's SHINE ON application is DX 52;

10. According to the database uspto.gov records, The Dental Practice appears as the owner of the following the federal trademark registrations and pending applications:

| Trademark | Appln. No. Filing Date | Goods | Status |
|---|---|---|---|
| GLO (word) | 77/474,026 14-May-2008 | Mouth guards for use in protecting teeth during medical or dental procedures (International Class 10); teeth whitening services (International Class 44) | Registered 09-Nov-2010 Reg. No. 3,873,849 |
| G.L.O. (word) | 77/474,046 14-May-2008 | Mouth guards for use in protecting teeth during medical or dental procedures (International Class 10); Teeth whitening services (International Class 44) | A third request for extension of time to file a Statement of Use has been granted 25-Aug-2010. |
| GUIDED LIGHT OPTICS | 77/474,069 14-May-2008 | Mouth guards for use in protecting teeth during medical or dental procedures (International Class 10); teeth whitening services (International Class 44) | A request for the third extension of time to file a statement of use has been granted 27-Aug-2010. |
| G-VIAL | 77/556,610 27-Aug-2008 | Teeth whitening kit; tooth whitening creams; tooth whitening gels; tooth whitening pastes; tooth whitening preparations (International Class 3); dentist services; teeth whitening services (International Class 44) | A third request for extension of time to file a Statement of Use has been granted 16-Oct-2010. |
| GLO SCIENCE (trademark) | 77/795,234 03-Aug-2009 | Teeth whitening kit; teeth whitening preparations (International Class 3) | A first request for extension of time to file a Statement of Use has been granted 12-Oct-2010. |
| GLO SCIENCE (service mark) | 77/795,242 03-Aug-2009 | Teeth whitening services (International Class 44) | A first request for extension of time to file a Statement of Use has been granted 12-Oct-2010. |

| Trademark | Appln. No. Filing Date | Goods | Status |
|---|---|---|---|
| KARMA | 77/255,348 14-Aug-2007 | Toothpaste, mouth washes, non-medicated dental mouth rinses and sprays; tooth whitening preparations, gels, creams and pastes (International Class 3); dentistry and dental services, namely, delivery of dental care in the dental office; treating dental patients in all the specialties of dentistry including restorative dentistry, cosmetic dentistry, aesthetic dentistry, periodontics, orthodontic services, oral surgery, implantology, teeth whitening services, dental hygienic care (International Class 44) | On suspension 04-Jan-2011 |
| SMILE REVOLUTION (trademark) | 77/838,148 30-Sep-2009 | Teeth whitening kit; teeth whitening strips impregnated with teeth whitening preparations; tooth bleaching preparations; tooth cleaning preparations; tooth whitening gels; tooth whitening preparations (International Class 3) | A first request for extension of time to file a Statement of Use has been granted 23-Sep-2010. |
| SMILE REVOLUTION (service mark) | 77/838,160 30-Sep-2009 | Teeth whitening services (International Class 44) | A first request for extension of time to file a Statement of Use has been granted 23-Sep-2010. |

A copy of the GLO registration is DX 42. A copy of the file wrapper for the G.L.O. application is DX 46. A copy of the file wrapper for the GUIDED LIGHT OPTICS application is DX 47. A copy of the file wrapper for the G-VIAL application is DX 55. A copy of the file wrappers for the GLO SCIENCE applications are DX 45. A copy of the file wrapper for the KARMA application is DX 53. A copy of the file wrapper for the SMILE REVOLUTION application is DX 56.

11

11. GloScience LLC filed the following federal trademark applications, which are now pending:

| Trademark | Appln. No.<br>Filing Date<br>1st Use Date | Goods | Status |
|---|---|---|---|
| GLO (logo) | 85/211,039<br>05-Jan-2011<br>25-May-2010 | Intra-oral light systems; intra-oral light and heat (International Class 10) | Awaiting office action. |
| GLO (logo) | 85/210,999<br>05-Jan-2011<br>25-May-2010 | Dental bleaching gels; teeth whitening kits; teeth whitening devices; teeth bleaching preparations; teeth cleaning preparations; teeth whitening gels (International Class 3) | Awaiting office action. |
| GLO BRILLIANT (words) | 85/211,725<br>06-Jan-2011<br>25-May-2010 | Intra-oral light systems; intra-oral light and heat systems (International Class 10) | Awaiting office action. |
| GLO BRILLIANT (words) | 85/211,707<br>06-Jan-2011<br>25-May-2010 | Dental bleaching gels; teeth whitening kits; teeth whitening devices; teeth bleaching preparations; teeth cleaning preparations; teeth whitening gels; teeth whitening preparations; vials for oral care; vials for teeth whitening preparations; vials for dental bleaching gel (International Class 3) | Awaiting office action. |

12. On June 26, 2008, counsel for Defendants ordered a US Cosmetics Availability search for the trademark CRESCENDO, for oral care services and toothpaste, a copy of which is DX 51. That search did not disclose any federal trademark registrations or applications to register CRESCENDO for oral care products or services.

13. On October 8, 2008, counsel for Defendants ordered a full trademark search for the trademark SMILE SPA for dental and medical services and products, a copy of which is DX 48.

### III. Stipulations Regarding GO SMiLE's Policing of its Trademarks.

14. On June 14, 2007, GO SMiLE authorized its counsel, Jay Spiegel, to send a cease and desist letter to DenTek Oral Care Company demanding that DenTek abandon its application to register GO WHITE, a copy of which is PX 187.

15. On June 29, 2007, GO SMiLE opposed Dentek's application to register GO WHITE.

16. Go SMiLE and DenTek entered into a settlement agreement dated as of October 31, 2008, under which GO SMiLE acquired the rights to GO WHITE. A copy of this settlement agreement is PX 187A.

17. On July 3, 2007, GO SMiLE authorized its counsel, Jay Spiegel, to send a cease and desist letter to Johnson & Johnson requesting that Johnson & Johnson cease all use of the ON THE GO ESSENTIALS word mark and design mark. A copy of GO SMiLE's cease and desist letter is PX 184.

18. GO SMiLE and Johnson & Johnson entered into a settlement and co-existence agreement dated as of April 13, 2009, that provides that both GO SMiLE and Johnson & Johnson will use their respective house marks or (in the case of Johnson & Johnson, a trademarked brand name) and not adopt trade dress or packaging that is confusingly similar to each other. A copy of the co-existence agreement is included in PX 184A.

19. On July 17, 2007, Mr. Spiegel sent a cease and desist letter on behalf of GO SMiLE to GLOSMILES and Dr. Lina Frost, the dentist using the GLOSMILES mark, a copy of which is PX 186.

20. GO SMiLE and Dr. Frost entered into a settlement agreement dated as of December 14, 2007 under which Dr. Frost agreed to permanently cease and desist all use of the GLOSMILES trademark, a copy of which is PX 186A.

13

21. On December 19, 2008, GO SMiLE sent a cease and desist letter to Bound Media &Management, Inc. regarding its application to register "GloWhiteSmiles" for teeth whitening services, a copy of which is PX 203.

22. Bound Media expressly abandoned its application on November 11, 2008, a copy of which is PX 203A.

23. On February 6, 2009, GO SMiLE sent a cease and desist letter to counsel for Marquis Nolan regarding his application to register BRUSH-N-GO for toothbrushes, a copy of which is PX 201.

24. Marques Nolan abandoned that application on May 17, 2010, a copy of which is PX 201A.

25. On March 16, 2009, GO SMiLE sent a cease and desist letter to Michael Dawson regarding his use of the trade name SMILES-2-GO and his ownership and use of the domain name www.smiles-2-go.com and putting him on notice of GO SMiLE's rights, a copy of which is PX 200.

26. As of February 14, 2011 SMILES-2-GO domain is no longer registered, a copy of which is PX 200A.

27. On July 27, 2009, GO SMiLE sent a cease and desist letter to Landaal Farman regarding his application to register the mark TOGOSMILE for a teeth whitening kit, a copy of which is PX 193.

28. As of November 15, 2009, GO SMiLE and Mr. Farman entered into a settlement agreement under which Mr. Farman agreed to GO SMiLE's demands, a copy of which is PX 193A.

29. On September 16, 2009, GO SMiLE sent a cease and desist letter to counsel for Dr. Levine regarding his registration and use of the domain name www.gosmileaesthetic.com, a copy of which is PX 195.

30. On June 24, 2010, GO SMILE sent a cease and desist letter to Taizhou Hongmeng Industrial Co., Ltd. regarding its application to register GO TOUCH for dentifrices and toothbrushes, a copy of which is PX 194.

31. On September 1, 2010, GO SMiLE filed Opposition No. 91/196,365, opposing the registration of GO TOUCH, a copy of which is PX 194A.

32. On December 13, 2010, the Trademark Trial and Appeal Board ("TTAB") sustained GO SMiLE's opposition to the registration of GO TOUCH, and registration of that application has been refused. A copy of the decision of the TTAB is PX 194B.

33. On June 17, 2010, GO SMiLE sent a letter to Beba Product Concepts demanding written assurance that it would not expand it use of the TOUCH UP & GO mark to oral care products, a copy of which is PX 191.

34. On July 18, 2010, Beba Products responded by agreeing to the demands in PX 191, a copy of which PX 191A.

35. On September 20, 2010, GO SMiLE sent a cease and desist letter to TaMas LLC regarding its registration of and operation under the domain name www.gosmileshop.com. A copy of this cease and desist letter is PX 190.

36. On October 18, 2010, GO SMiLE sent a cease and desist letter to Kenneth Gauci regarding his ownership and use of the domain name www.glowhitening.com and www.theglospa.com for teeth whitening products, a copy of which is PX 192.

15

37.    Mr. Gauci agreed to the demands in PX 192 to this request. A copy of Mr. Gauci's response is PX 192B. On February 10, 2010, GO SMiLE sent a follow-up letter to Mr. Gauci regarding the continuing use of GLO WHITENING, a copy of which is PX 192A.

38.    On January 14, 2011, GO SMiLE sent a cease and desist letter to Jeppesen AG demanding that Jeppesen delete dentifrices in International Class 3 and materials for stopping teeth and dental wax in International Class 5 from its registration for GO RELAXED, a copy of which is DX 223.

39.    On January 14, 2011, GO SMiLE sent a cease and desist letter to Herwig Preis demanding that he delete dentifrices in International Class 3 from his federal trademark applications to register GO FOR GLOW and GO4GLOW and not use the marks in connection with such products, a copy of which is PX DX 224.

40.    On February 4, 2011, Mr. Preis agreed to the demands in PX 163. A copy of the response to PX 163 is PX 163A.

### IV.    Stipulations Concerning the Polaroid Factors.

41.    For purposes of the *Polaroid* test, GO SMiLE's GO WHITER light device and defendants' "GLO"-branded light device are directly competitive products, may be marketed and sold to the same consumers and will be sold through the same or similar marketing channels, including Sephora and television home shopping networks.

42.    There may be instances where GO SMiLE's GO WHITER light device and defendants' "GLO"-branded light device will be displayed side-by-side.

43.    The "bridging the gap" element of the Polaroid test is not relevant in this matter.

## V. Stipulations Concerning Defendants' Websites

44. On November 16, 2010, the following statement appeared on the web page www.gloscience.com: "glo™ GLO Brilliant Smile Whitening System coming soon." PX 211A is a true and correct copy of www.gloscience.com on November 16, 2010.

45. Defendants were served with the Complaint on November 17, 2010.

46. As of November 23, 2010, the phrase "GLO Brilliant Smile Whitening System" had been removed from www.gloscience.com, and was replaced with the phrase "Glo Brilliant personal teeth whitening device." PX 211C is a true and correct copy of www.gloscience.com on November 23, 2010.

47. As of December 20, 2010, the statement ""glo™ GLO Brilliant Smile Whitening System coming soon" had been removed from www.glocience.com. As of December 20, 2010, the www.gloscience.com website contained the following statement: "GLO Brilliant Personal Teeth Whitening Device" and "Just put it on, press power—and GLO™." PX 211B is a true and correct copy of www.gloscience.com on December 20, 2010.

48. Before and as of November 16, 2010, the website for the Dental Practice, www.jonathanblevine.com, contained the statement, "In 2002, [Dr. Levine] and his wife Stacey co-founded the revolutionary smile beauty company GoSMILE." The website had an "Innovation" tab, under which was information about the "GLO Smile Whitening System," and which displayed the following phrases: "It's time to get your GLOing smile;" and "Dr. Levine recommends you use The GLO Whitening System 2x a year." PX 212 is a true and correct copy of www.jonathanblevine.com on November 16, 2010.

49. As of November 22, 2010, references to Dr. Levine's association with GO SMiLE had been removed from www.jonathanblevine.com. The "Innovations" tab displayed "Glo Whitening™." Further, the website referred to the company as "Glo Science" and called the

product the "Glo Brilliant Smile Whitening System," and had references to the "GLO Brilliant Whitening Mouthpiece," "Glo Brilliant Whitening Gels," and "Glo Control." PX 212C is a true and correct copy of www.jonathanblevine.com on November 22, 2010.

50. As of December 10, 2010, the "Innovations" tab had been replaced with a "Science" tab, and the website referred to the light device as the "GLO Professional Smile Whitening System." The following trademarks appeared on the website: "glo™ whitening;" and Glo™ Whitening™ Treatment." PX 212D is a true and correct copy of www.jonathanblevine.com on December 9-10, 2010.

| GO SMILE, INC.<br><br>By: _____<br><br>Wendi E. Sloane<br>Heather J. Macklin<br>Annaliese F. Fleming<br>BARACK FERRAZZANO<br>    KIRSCHBAUM & NAGELBERG LLP<br>200 West Madison Street<br>Suite 3900<br>Chicago, Illinois 60606<br>wendi.sloane@bfkn.com<br>heather.macklin@bfkn.com<br>annaliese.fleming@bfkn.com<br><br>Date: February 15, 2011 | DR. JONATHAN B. LEVINE, D.M.D. P.C.,<br>a New York Corporation; and<br>DR. JONATHAN B. LEVINE, an individual<br><br>By: _____<br><br>Kyle C. Bisceglie<br>Howard J. Smith<br>Joshua S. Androphy<br>OLSHAN GRUNDMAN FROME<br>    ROSENZWEIG & WOLOSKY LLP<br>Park Avenue Tower<br>65 East 55th St.<br>New York, NY 10022<br>KBisceglie@olshanlaw.com<br>HSmith@olshanlaw.com<br>JAndrophy@olshanlaw.com<br><br>Date: February 15, 2011 |

SO ORDERED.

_____
Honorable P. Kevin Castel

2-16-11

18