USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

------------------------------------------------------------------ x

GO SMiLE, INC., a Delaware corporation,

                Plaintiff,

- against -

DR. JONATHAN B. LEVINE, D.M.D. P.C.,
a New York Corporation; and DR. JONATHAN B. LEVINE, an individual,

                Defendants.

------------------------------------------------------------------ x

No. 10 CV 8663 (PKC)

EXHIBITS RECEIVED IN EVIDENCE (INCLUDING STIPULATION AND [PROPOSED] ORDER)

| Plaintiff's Exhibits Received in Evidence | Defendant's Exhibits Received in Evidence |
|---|---|
| 1 | 42 |
| 5 | 45 |
| 7 | 46 |
| 23 | 47 |
| 35 | 48 |
| 37 | 51 |
| 47 | 52 |
| 48 | 53 |
| 55 | 55 |
| 58 | 56 |
| 66 | 92 |
| 67 | 109A |
| 70 | 109B |
| 72 | 109C |
| 75 | 109D |
| 87 | 109E |
| 119 | 109F |
| 120 | 109G |
| 139 | 109H |
| 142 | 109I |
| 145 | 109J |
| 149 | 109K |
| 153 | 110* |
| 155 | 110A |
| 156 | 110B |
| 163 | 110C |
| 163A | 110D |
| 167 | 110E |
| 167A | 110F |
| 168 | 117 |
| 170 | 118 |
| 171 | 119 |
| 172 | 121 |
| 184 | 122 |
| 184A | 123 |

| Plaintiff's Exhibits Received in Evidence (continued) | Defendant's Exhibits Received in Evidence (continued) |
|---|---|
| 186 | 124 |
| 186A | 125 |
| 187 | 126 |
| 187A | 133 |
| 187B | 134 |
| 190 | 138 |
| 191 | 139 |
| 191A | 142 |
| 192 | 152 |
| 192A | 155 |
| 193 | 184 |
| 193A | 186 |
| 194 | 223 |
| 194A | 224 |
| 194B | 238 |
| 195 | 240 |
| 200 | 241 |
| 200A | 242 |
| 201 | 243 |
| 201A | 244 |
| 203 | 245 |
| 203A | 246 |
| 211A | 247 |
| 211B | 248 |
| 211C | 249 |
| 212 | 250 |
| 212A | 252 |
| 212C | 253 |
| 212D | 254 |
| 225 | 255 |
| 226 | 256 |
| 228 | 257 |
| 235 | 258 |
| 256 | 259* |
| 257 | 260* |
| 258 | 261* |
| 261A | 265 |
| 261B | 266* |
| 261C | 267* |
| 261D | 269 |
| 261E | 270 |
| 261H | |
| 261H(1) | |
| 261I | |
| 262A | |
| 262B | |
| 262C | |
| 263A | |
| 264 | |
| 267 | |
| 268 | |
| 270 | |

| Plaintiff's Exhibits Received in Evidence (continued) | |
|---|---|
| 271 | |
| 277 | |

\* While Defendant's Exhibits 110, 259, 260, 261, 266, and 267 were never moved into evidence, the parties stipulate to their admission as evidence into the record.

FLEMMING ZULACK WILLIAMSON  
ZAUDERER LLP

_____  
Anne B. Nicholson  
*Attorneys for Plaintiff*  
One Liberty Plaza  
New York, NY 10006  
(212) 412-9500

OLSHAN GRUNDMAN FROME  
ROSENZWEIG & WOLOSKY LLP

_____  
Joshua S. Androphy  
*Attorneys for Defendants*  
Park Avenue Tower  
65 East 55th Street  
New York, NY 10022  
(212) 451-2300

SO ORDERED:

_____  2-22-11
USDJ

GoSmile v. Levine, 10-cv-8663 (PKC) - Exhibits Received in Evidenc...

**Subject:** GoSmile v. Levine, 10-cv-8663 (PKC) - Exhibits Received in Evidence (Including Stipulation and [Proposed] Order)
**From:** "Nicholson, Anne" <ANicholson@fzwz.com>
**Date:** Fri, 18 Feb 2011 17:45:58 -0500
**To:** <judgments@nysd.uscourts.gov>
**CC:** "Bruce Ressler" <bressler@resslerlaw.com>, "David Denenberg" <dwd@dmlegal.com>, "Ellen Werther" <ewerther@resslerlaw.com>, <hsmith@olshanlaw.com>, <jandrophy@olshanlaw.com>, <jsk@dmlegal.com>, <Kbisceglie@olshanlaw.com>, "Michael Adler" <maa@dmlegal.com>

Pursuant to Electronic Case Filing Rules & Instructions 18.4, please find the attached Exhibits Received in Evidence (Including Stipulation and [Proposed] Order), signed by both parties.

Respectfully,

Anne Nicholson

-----------------------------------------------------
**Anne B. Nicholson, Esq.**
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
( | Direct:  212.412.9584
( | Fax:  212.964.9200
* | Mail to:  anicholson@fzwz.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient, please contact the sender by reply and destroy all copies of the original message. Thank you.
To reply, please call (212) 412-9500 and delete this e-mail.
<http://www.fzwz.com>

| | | |
|---|---|---|
| **Exhibits Received In Evidence (Including Stipulation And [Proposed] Order).pdf** | **Content-Description:** | Exhibits Received In Evidence (Including Stipulation And [Proposed] Order).pdf |
| | **Content-Type:** | application/octet-stream |
| | **Content-Encoding:** | base64 |