**MEMO ENDORSED**

# OLSHAN

FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222
WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2207
EMAIL: KBISCEGLIE@OLSHANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-15-11

March 11, 2011

*[Handwritten memo endorsement: I will hold a conference to discuss all further proceedings in this action on April 6 at 4:15. Counsel should thoroughly discuss their respective positions with each other. SO ORDERED. /s/ 3-15-11 USDJ]*

BY FACSIMILE (212) 805-7949

Hon. P. Kevin Castel
United States District Court Judge
500 Pearl Street
New York, NY 10007-1312

Re: GoSMILE, Inc. v. Dr. Jonathan B. Levine, D.M.D., P.C. and Dr. Jonathan B. Levine, 10-CIV-8663 (PKC) (DCF)

Dear Judge Castel:

We represent Defendants in this matter. On January 4, 2011 we filed a motion pursuant to Fed. R. Civ. P. 12 (b)(6) to dismiss Counts I though V and Count VIII of the Complaint. (Docket # 37, 38) Go SMiLE filed its opposition to the motion to dismiss on February 18, and Defendants filed their reply memorandum of law in support of the motion to dismiss on March 4, 2011. (Docket # 69, 73)

As the Court is well aware, during the period between Defendants' filing of their motion to dismiss and today, the Court held three days of evidentiary hearings on Go SMiLE's preliminary injunction motion, and received over 150 exhibits into evidence. (Docket # 70) The parties also thoroughly briefed the motion for preliminary injunction, and submitted written closing arguments. (Docket # 74-75).

Given the parties' extensive submissions and the Court's thorough familiarity of the record, we believe the action is ripe for summary judgment. We respectfully request that Defendants pending motion to dismiss be converted to a motion for summary judgment, pursuant to Fed. R. Civ. P. 12(d).

We further request a pre-motion conference with the Court, pursuant to the Court's Individual Practice 2.A.1, so that the Court may instruct the parties what additional submissions from the parties, if any, would be of assistance to the Court if Defendants' motion were converted to one for summary judgment.

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

1232422-1

March 11, 2011
Page 2

       We thank the Court in advance for its consideration of this matter.

       Respectfully submitted,

       Kyle C. Bisceglie

cc: Joshua S. Androphy, Esq.
    Howard J. Smith, Esq.
    Annaliese Flynn Fleming, Esq.
    David Warren Denenberg, Esq.
    Jonathan Daniel Lupkin, Esq.
    Joshua S. Krakowsky, Esq.
    Kimberly Ailisa Pallen, Esq.
    Mark Carl Zauderer, Esq.
    Michael A. Adler, Esq.
    Wendi Elizabeth Sloane, Esq.
    *Via Email*

1232422-1