# BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

200 WEST MADISON STREET, SUITE 3900
CHICAGO, ILLINOIS 60606

**MEMO ENDORSED**

Wendi E. Sloane
(312) 984-3166
Voice Mail Ext. 4166
wendi.sloane@bfkn.com

Telephone (312) 984-3100
Facsimile (312) 984-3150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-11

November 1, 2011

**BY FACSIMILE (212) 805-7949**
Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Court
500 Pearl Street
New York, NY 10021

Application granted.
SO ORDERED.
/s/ P. Kevin Castel, USDJ
11-2-11

Re: *GO SMiLE, Inc. v. Dr. Jonathan B. Levine, D.M.D., P.C., et al.*,
10-CIV-8663 (PKC) (ECF Case)

Dear Judge Castel:

This firm represents plaintiff GoSMILE, Inc. ("GO SMiLE") in the above-referenced action. We write to request that the court extend the deadline for Plaintiff to submit its combined reply in support of Plaintiff's motion to dismiss and opposition to Defendants' motion for attorneys' fees from Wednesday, November 2 to Tuesday, November 8. As a result, we also request a comparable extension of time for the remaining briefing such that the date for Defendants' time to submit a reply in support of their motion for attorneys' fees is extended from November 9, 2011 to November 16, 2011. Counsel for Defendants consents to this request.

The reason for the requested adjournment is that lead counsel for Plaintiff has to travel out-of-town, to attend a memorial service in Memphis, Tennessee.

This is the second adjournment of this deadline—Plaintiff previously agreed to a request by Defendants to extend that briefing schedule to accommodate the Jewish religious holidays that fell within the originally set briefing schedule.

We have not attached a proposed Revised Case Management Plan and Scheduling Order because we do not anticipate the adjournment affecting any other dates. However, we will submit one if the Court so desires. We appreciate the Court's consideration of this matter.

Respectfully submitted,

Wendi E. Sloane

WES/sbs

732610_1.DOC