UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOSMILE, INC., a Delaware Corporation, | Index No. 10 CV 8663 (PKC)(DCF) |
| Plaintiff, | |
| -against- | NOTICE OF MOTION |
| DR. JONATHAN B. LEVINE, D.M.D. P.C., a New York corporation, and DR. JONATHAN B. LEVINE, an individual, GLO SCIENCE, LLC, a Delaware Limited Liability Company, and JBL RADICAL INNOVATIONS, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated November 16, 2011, the accompanying declaration of Kyle C. Bisceglie, Esq., dated November 16, 2011, and upon all pleadings and proceedings had herein, Dr. Jonathan B. Levine D.M.D. P.C. ("Levine P.C."),  Dr. Jonathan B. Levine ("Dr. Levine"), GLO Science, LLC ("GLO Science,") and JBL Radical Innovations, LLC  (collectively "Defendants") will move this Court before the Honorable Kevin P. Castel, United States District Judge at the United States Courthouse, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court for an Order:

a)      Pursuant to Fed. R. Civ. P. 26(c) requiring filing of Exhibits 52, 53, 54, 55, 56, 57, 58, 59, 60, and 61 to the Declaration of Wendi Sloane dated November 8, 2011, and all portions of GoSMILE's memorandum of law describing those Exhibits, under seal; and

b)      Granting such other and further and other relief as the Court deems just and proper.

1474304-1

Dated: New York, New York
       November 16, 2011

                                    OLSHAN GRUNDMAN FROME
                                    ROSENZWEIG & WOLOSKY LLP


                                    By:   /s/ Kyle C. Bisceglie
                                          Kyle C. Bisceglie
                                          Howard J. Smith
                                          Joshua S. Androphy
                                          *Attorneys for Defendants*
                                          Park Avenue Tower
                                          65 East 55th Street
                                          New York, New York 10022
                                          (212) 451-2300

1474304-1