UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOSMILE, INC., a Delaware corporation,

    Plaintiff,

    vs.

DR. JONATHAN B. LEVINE, D.M.D. P.C., a
New York Corporation;
DR. JONATHAN B. LEVINE, an individual,
GLO SCIENCE LLC, a Delaware Limited
Liability Company, and JBL RADICAL
INNOVATIONS, LLC,

    Defendants.

**ECF**

Case No. 10 Civ 8663 (PKC)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated November 30, 2011, the accompanying declaration of Wendi E. Sloane, Esq., dated November 30, 2011, and upon all pleadings and proceedings had herein, Plaintiff GO SMiLE will move this Court before the Honorable Kevin P. Castel, United States District Judge at the United States Courthouse, 500 Pearl Street, New York, New York 10007 on a date and time to be set by the Court for an Order:

a) Pursuant to Fed. R. Civ. P. 26(c) requiring filing of Exhibit D to the Declaration of Kyle C. Bisceglie in further support of Defendants' motion for attorneys' fees and costs, dated November 16, 2011, under seal; and

b) Granting such other and further support and relief as the Court deems just and proper.

Dated: November 30, 2011          Respectfully Submitted,

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG, LLP

By:     /s Wendi E. Sloane
          Wendi E. Sloane, Esq.
          Annaliese F. Fleming, Esq.
          200 West Madison Street, Suite 3900
          Chicago, IL 60606
          Tel: (312) 984-3100
          Fax: (312) 984-3150
          Email: wendi.sloane@bfkn.com
          Email: annaliese.fleming@bfkn.com


          -and-

          Mark C. Zauderer, Esq.
          Jonathan D. Lupkin, Esq. (JL-0792)
          FLEMMING ZULACK WILLIAMSON
               ZAUDERER LLP
          One Liberty Plaza, 35th Floor
          New York, NY 10006
          Tel: (212) 412-9500
          Fax: (212) 964-9200
          Email: mzauderer@fzwz.com
          Email: jlupkin@fzwz.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing **Notice of Motion** was filed with the Clerk of the District Court for the Southern District of New York by ECF on November 30, 2011, and thereby served on all counsel of record registered therewith.

_____/s Wendi E. Sloane_____
Wendi E. Sloane
