USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GOSMILE, INC.,

                Plaintiff,

-against-

DR. JONATHAN LEVINE, D.M.D. P.C., and
DR. JONATHAN B. LEVINE,
                Defendants.
----------------------------------------------------------------X

10 CIVIL 8663 (PKC)

**JUDGMENT**

      Plaintiff having moved to dismiss its own complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on April 19, 2012, having rendered its Memorandum and Order granting Plaintiff's motion to dismiss the action without prejudice, directing the Clerk to enter judgment for the defendant, denying defendants' motion for an award of attorneys' fees, and that each side bears its own costs, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 19, 2012, Plaintiff's motion to dismiss the action without prejudice is granted and judgment is entered for the defendant; the defendants' motion for an award of attorneys' fees is denied; each side bears its own costs.

**Dated:** New York, New York
       April 24, 2012

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

                       **BY:**

                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____